ROBERT L. ESENSTEN, ESQ. (Bar No. 65728)
  resensten@wccelaw.com
GREGORY B. SCARLETT (Bar No. 131486)
  gscarlett@wccelaw.com
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile:  (818) 705-8927

Attorneys for Plaintiff, Stephen J. Rush,
individually and on behalf of all others
similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STEPHEN J. RUSH, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>NUTREX RESEARCH, INC.; JEFFREY A. MCCARRELL; JENS O. INGENOHL; and DOES 1-50, inclusive,<br><br>        Defendants. | CASE NO. 2:12-cv-1060 LB<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>The Honorable Laurel Beeler<br><br>Current Case Management Conf. Date<br>Date:   November 29, 2012<br>Time:   10:30 a.m.<br>Crtrm.: C-15th Floor<br><br>Proposed Case Management Conf. Date<br>Date:  January 31, 2012<br>Time:  10:30 a.m.<br>Place: C-15th Floor |

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

1    Pursuant to the Court's July 12, 2012 Civil Minute Order (Dkt. #32), Plaintiff

2   Stephen J. Rush ("Plaintiff") and defendants Nutrex Research, Inc. ("Nutrex") and

3   Jens O. Ingenohl (collectively "Defendants") (hereinafter collectively referred to as

4   the "Parties") hereby submit the following Stipulation to Continue Further Case

5   Management Conference.

6

7    1.    WHEREAS, on or about October 19, 2012, Defendants served Plaintiff

8   with discovery, including Interrogatories and Requests for Production of

9   Documents;

10

11   2.    WHEREAS, on or about October 22, 2012, Plaintiff served Defendants

12   with discovery, including Interrogatories and Requests for Production of

13   Documents;

14

15   3.    WHEREAS, both Parties' discovery responses were originally due on

16   November 26, 2012; however, the Parties' have provided each other with mutual

17   two-week extensions to serve their respective discovery responses, up to and

18   including December 3, 2012;

19

20   4.    WHEREAS, on or about November 16, 2012, the Parties agreed to

21   mediation before Retired Judge Jerry Spolter of JAMS with the mutual belief and

22   anticipation that mediation will hopefully result in a settlement and resolution of this

23   Action.  The mediation is scheduled to take place on January 14, 2013;

24

25   5.    WHEREAS, the Court previously set a November 29, 2012 deadline to

26   complete mediation in this case.  However, due to the need to complete certain

27   discovery prior to holding the mediation and due to potential conflicts in scheduling

28   and cross-country travel, the earliest available mediation date that is mutually

1 | workable for the Parties is in January 2013;

2

3 | 6.      WHEREAS, the Parties seek to continue the Further Case Management

4 | Conference in order to allow the Parties to fully exhaust private settlement

5 | procedures before the Further Case Management Conference and eliminate the need

6 | for the conference altogether, if the parties reach a settlement of the case;

7

8 | 7.      WHEREAS, good cause exists to continue the Further Case

9 | Management Conference in the interest of judicial economy and in order to

10 | minimize costs and legal fees while providing the Parties with adequate time to

11 | complete certain discovery and mediation;

12

13 | 8.      WHEREAS, no prior requests to continue the deadline for the Further

14 | Case Management Conference have been made;

15

16 | 9.      WHEREAS, no other court-imposed dates will be affected by the

17 | continuance other than the date for filing a Joint Further Case Management

18 | Conference Statement;

19

20 | NOW, THEREFORE, the Parties, through their respective counsel of record,

21 | hereby stipulate as follows:

22

23 | ▪      The Further Case Management Conference shall be continued until

24 | January 31, 2013 at 10:30 a.m. or the Court's first available date

25 | thereafter.

26

27 | ▪      A Joint Further Case Management Conference Statement shall be due

28 | on January 28, 2013.

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

**IT IS SO STIPULATED.**

DATED: November 26, 2012

**WASSERMAN, COMDEN,**
**CASSELMAN & ESENSTEN, L.L.P.**
GREGORY B. SCARLETT

By:   /s/ Gregory B. Scarlett
          GREGORY B. SCARLETT
Attorneys for Plaintiff, Stephen J. Rush,
individually and on behalf of all others
similarly situated

DATED: November 26, 2012

**REED SMITH LLP**
ROBERT D. PHILLIPS, JR.
KATHY J. HUANG

By:   /s/ Kathy J. Huang
          KATHY J. HUANG
Attorneys for Defendants Nutrex Research, Inc.
and Jens O. Ingenohl

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | ROBERT L. ESENSTEN, ESQ. (Bar No. 65728)
   resensten@wccelaw.com
2 | GREGORY B. SCARLETT (Bar No. 131486)
   gscarlett@wccelaw.com
3 | **WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
   5567 Reseda Boulevard, Suite 330
4 | Post Office Box 7033
   Tarzana, California 91357-7033
5 | Telephone: (818) 705-6800 • (323) 872-0995
   Facsimile:  (818) 705-8927
6 |
7 | Attorneys for Plaintiff, Stephen J. Rush,
   individually and on behalf of all others
   similarly situated
8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA**

11 |

12 | STEPHEN J. RUSH, individually, and     CASE NO. 2:12-cv-1060 LB
   on behalf of all others similarly situated,
13 |                                        **CLASS ACTION**
                   Plaintiffs,
14 |                                        **[PROPOSED]** ORDER
         vs.                               **CONTINUING NOVEMBER 29,**
15 |                                        **2012 FURTHER CASE**
   NUTREX RESEARCH, INC.;                  **MANAGEMENT CONFERENCE**
16 | JEFFREY A. MCCARRELL; JENS O.
   INGENOHL; and DOES 1-50,
17 | inclusive,

18 |                   Defendants.

19 |

20 |         After consideration of the Stipulation submitted by the parties in the above-

21 | entitled action to continue the Further Case Management Conference currently

22 | scheduled for November 29, 2012, at 10:30 a.m., and good cause appearing therefor,

23 | the Court orders as follows:

24 |

25 |         1.      The Further Case Management Conference shall be continued until

26 | January 31, 2013 at 10:30 a.m.; and

27 |

28 |         2.      A Joint Further Case Management Conference Statement shall be due

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

on ~~January 28, 2013.~~ January 24, 2013.

**IT IS SO ORDERED.**

DATED:        November 27,  . 2012



_____
Honorable Laurel Beeler
United States Magistrate Judge

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

[Proposed] Order Continuing Further Case Management Conference