REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| STEPHEN J. RUSH, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUTREX RESEARCH, INC., a Florida corporation; JEFFREY A. MCCARRELL, an individual; JENS O. INGENOHL, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | No.: 3:2012-cv-01060-LB<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE<br><br>Magistrate Judge Laurel Beeler<br><br>Compl. Filed:  March 2, 2012<br>Trial Date:      March 10, 2014 |
|---|---|

– 1 –

1    After consideration of the Stipulation submitted by the parties in the above-
2    entitled action to dismiss the action with prejudice and good cause appearing
3    therefore, the Court hereby orders as follows:
4    The Stipulation is GRANTED and this case is dismissed with prejudice.
5
6    **IT IS SO ORDERED.**
7
8    DATED:   January 15, 2013
9    _____
     The Honorable Laurel Beeler
     UNITED STATES MAGISTRATE JUDGE